RECEIVED
IN LAKE CHARLES, LA

OCT 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MAX M. MORRIS, ET AL | : | DOCKET NO. 06-CV-1155 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| KEITH RODRIGUEZ | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is

ORDERED, that the United States Bankruptcy Court's June 8, 2006 Order is AFFIRMED.

Pursuant to Federal Rule of Bankruptcy Procedure 8014, it is FURTHER ORDERED that appellant, Max M. Morris, is to bear the costs of the appeal.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT